■ KENNETH BURNS et al., Appellants, v CITY OF BATAVIA et al., Respondents. (Appeal No. 1.) [893 NYS2d 778]—Appeal from a

judgment of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered November 10, 2008 in a personal injury action. The judgment, upon the motion of defendant Erdman, Anthony and Associates, Inc. for summary judgment, dismissed the complaint against it.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.